# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL ACTION NO. 3:21-CR-229-S |
| JEFFREY SCOTT WEBB (1) | § § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Probation to United States Magistrate Judge Renee Harris Toliver for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object [ECF No. 19]. Defendant having waived allocution before this Court and the right to object to the Report and Recommendation of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation are ADOPTED as the opinion and findings of the Court, and Defendant's Supervised Release is REVOKED. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 4 months; with a further term of 24 months of Supervised Release to follow.

The Court recommends that the Defendant be allowed to serve his sentence at FCI Seagoville or, alternatively, in a facility as close to the Dallas-Fort Worth area as possible.

**SO ORDERED.**

SIGNED January 25, 2022.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**