# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:21-CR-229-S |
| | § | |
| JEFFREY SCOTT WEBB (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the request for revocation of Defendant's Supervised Release [ECF No. 23] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Jeffrey Scott Webb's term of supervised release. *See* Order, ECF No. 31. The Court has received the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Recommendation") [ECF No. 35], in which Defendant did not waive his right to object. Defendant timely filed his objection, *see* Objection to Sentencing Recommendation and Request for Opportunity to Allocute, ECF No. 36, to which the Government responded, *see* Government's Response to Defendant's Objections to Sentencing Recommendation, ECF No. 38. The Court held a hearing on the objection and provided Defendant the opportunity to allocute on June 2, 2023. For the reasons stated on the record at the hearing, the Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **ten (10) months,** with no further term of supervised release to follow. The Court **OVERRULES** Defendant's Objection to

Sentencing Recommendation and Request for Opportunity to Allocute [ECF No. 36] as stated on the record.

The Court recommends that Defendant be allowed to serve his sentence at FCI Seagoville, Seagoville, Texas.

Defendant is remanded to the custody of the U.S. Marshal.

**SO ORDERED.**

SIGNED June 2, 2023.

<u>KAREN GREN SCHOLER</u>
**UNITED STATES DISTRICT JUDGE**